IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

NGUYEN VAN NGUYEN,

  Defendant.

CRIMINAL FILE NO.

1:06-CR-299-1-TWT

ORDER

This is a criminal matter. It is before the Court on the Report and Recommendation [Doc. 109] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 71]. After careful consideration, the Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 71] is DENIED.

SO ORDERED, this 6 day of March, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge